UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL DOCKET NO.:

_____X
**SOUTHBRIDGE RE, LLC,**

        **Plaintiff,**

v.

**LENDING HOME FUNDING CORPORATION
and CHRISTIANA TRUST, a DIVISION OF
WILMINGTON SAVINGS FUND SOCIETY,
FSB, not in its INDIVIDUAL CAPACITY
but as TRUSTEE FOR VICTORIA CAPITAL
TRUST,**

        **Defendants.**
_____X

**DEFENDANTS' FEDERAL RULE OF CIVIL PROCEDURE 7.1
AND LOCAL RULE 7.3(A) DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3(A) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Lending Home Funding Corporation and Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee for Victoria Capital Trust states the following:

1. Lending Home Funding Corporation is a foreign corporation and provides mortgage financing services with a principal place of business in San Francisco, CA.

2. Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee for Victoria Capital Trust is a wholly-owned

subsidiary of WSFS Financial Corp. organized under the laws of Delaware, with a principal place of business in Wilmington, Delaware.

3. WSFS Financial Corp. is a corporation organized under the laws of Delaware, with a principal place of business in Wilmington, Delaware.

                Respectfully Submitted,

                Lending Home Funding Corporation, and Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee for Victoria Capital Trust,
By its attorneys,

Dated: May 24, 2021         /s/Reneau Longoria_____
                Reneau J. Longoria, Esq. (BBO #635118)
                Brian C. Linehan, Esq. (BBO #690437)
                Elizabeth W. Dailey, Esq. (BBO #562178)
                Doonan, Graves & Longoria, LLC
                100 Cummings Center Suite 303C
                Beverly, MA 01915
                Tel. (978) 921-2670
                rjl@dgandl.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2021, I served a copy of the above document by electronic notification and/or by first class mail, postage prepaid, to the following:

Todd S. Dion
Todd S. Dion Esq.
15 Cottage Avenue, Ste. 202
Quincy, MA  02169

                /s/Reneau J. Longoria
                Reneau J. Longoria, Esq.